THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD SCHLECTER, Appellant, against JOHN F. FOSTER, as Warden of Auburn Prison, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ. [See *ante,* p. 729.]

## (May 9, 1945.)

In the Matter of BUSTER LOMAN, Respondent, against VETA LOMAN, Appellant. — Order reversed on the law and facts, with $10 costs and disbursements, and writ of habeas corpus dismissed, without costs, and order granted awarding custody of the children to the appellant, Veta Loman. Findings of fact made. (See *People ex rel. Jones* v. *Johnson,* 205 App. Div. 190.) All concur. (The order awards custody of infant children to petitioner.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

IRENE B. DAVIS, Respondent, v. STACY DAVIS, Appellant.— Order reversed on the law on the ground that there was shown on this second application no change of circumstances, and stay vacated, without costs of this appeal to either party. (See *Fisher* v. *Hepburn,* 48 N. Y. 41; *Stringer* v. *Barker,* 134 App. Div. 491; *Parks* v. *Welsch,* 230 App. Div. 734.) All concur. (The order stays the trial of a separation action and grants temporary alimony.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

SOLOMON M. LEVIN, Doing Business under the Name of EMPIRE BARREL & COOPERAGE COMPANY, Appellant, v. CHARLES L. NOBLE, Respondent.— Order modified on the law by striking therefrom the second ordering paragraph and as modified affirmed, without costs of this appeal to either party. Memorandum: We do not regard defendant's offer to his creditors of a composition based upon a 12½% cash payment of the indebtedness as sufficient to toll the statute as provided in section 59 of the Civil Practice Act. (*Connecticut Trust & S. D. Co.* v. *Wead,* 172 N. Y. 497; *Downey* v. *Palmer,* 114 F. 2d 116; Williston on Contracts [Rev. ed.], § 181; 1 Wood on Limitations, § 78, p. 418.) We think that plaintiff under proper pleading may be entitled to recover the amount of the compromise. All concur. (The order denies plaintiff's motion for summary judgment and grants defendant's motion to dismiss the complaint in an action to recover the amount alleged to be due on two promissory notes.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

EDNA SORENSEN, an Infant, by JESSIE KELLER, Her Guardian ad Litem, Appellant, v. WILLIAM H. HUNTER et al., Respondents.— Time to make application for reargument extended to include the May Term of court and motion for reargument denied, without costs; motion for leave to appeal to the Court of Appeals dismissed, without costs. Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ. [See 268 App. Div. 1078.]

DONALD KELLER, an Infant, by FRANK KELLER, His Guardian ad Litem, Appellant, v. WILLIAM H. HUNTER et al., Respondents.— Time to make application for reargument extended to include the May, 1945, Term of court and motion for reargument denied, without costs; motion for leave to appeal to the Court of Appeals dismissed, without costs. Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ. [See 268 App. Div. 1079.]

MARY M. KELLER, an Infant, by FRANK KELLER, Her Guardian ad Litem, Appellant, v. WILLIAM H. HUNTER et al., Respondents.— Time to make application for reargument extended to include the May Term of court and motion for reargument denied, without costs; motion for leave to appeal to the Court of Appeals dismissed, without costs. Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ. [See 268 App. Div. 1079.]